# SCHEDULE A

## SCHEDULE A

### AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved December 27, 2020, as Public Law 116-260, div. F, tit. II, 134 Stat. 1452, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain border barrier, including gates and power to operate such gates as well as roads that will be required to construct, operate, and maintain the border barrier.

# SCHEDULE C

## SCHEDULE C

LEGAL DESCRIPTION

Starr County, Texas

Tract: RGV-RGC-8054
Owners: Evelyn Garza, *et al.*
Acres: 0.220

**Being** a 0.220 of one acre (9,587 square feet) parcel of land, more or less, being out of the Ventura Vela Survey, Abstract No. 184, Porción 84, Starr County, Texas, being out of Share 2-A as described in the Final Judgement-Cause No. 2232 recorded in Volume 138, Page 215, Deed Records of Starr County, Texas, and being out of a called 0.19 acre tract conveyed to Evelyn Garza by Warranty Deed of Gift recorded in Volume 887, Page 643, Official Records of Starr County, Texas (Tract No. Two), and being the same tract conveyed to Alejo Clarke, Jr. by Gift Warranty Deed recorded in Document No. 2020-356372, Official Records of Starr County, Texas, said parcel of land being more particularly described by metes and bounds as follows;

**Beginning** at a found 3/4" rebar for the northwest corner of Tract RGV-RGC-8054, said point being at the northwest corner of Share 2-A, the northwest corner of the 0.19 acre tract, and a southerly interior corner of a called 3.0966 acre tract conveyed to Tiburcio Rodriguez, Eulogio Rodriguez, Manuel Lopez, Aurora Lopez, Evangelina Rodriguez de Gonzalez, wife of Santana Gonzalez, Manuela Rodriguez de Palmer, wife of William H. Palmer and Azucena Rodriguez Brown, wife of Harden C. Brown by Final Judgement-Cause No. 2232 recorded in Volume 138, Page 215, Deed Records of Starr County, Texas (Share 1-A), being the same tract of land conveyed to Martin George Johnston and Lilia Lopez Johnston by Warranty Deed recorded in Volume 162, Page 472, Deed Records of Starr County, Texas, and being the same tract of land conveyed to Alejo Clarke, Jr. by Gift Warranty Deed recorded in Document No. 2020-356371, Official Records of Starr County, Texas, said point having the coordinates of N=16646099.798, E=899617.909, said point bears S 26°20'08" E, a distance of 811.56' from United States Army Corps of Engineers Control Point No. SS12-2019;

**Thence:** S 80°55'47" E (S 80°45' E, Record), with the north line of Share 2-A, the north line of the 0.19 acre tract, and the south line of Share 1-A, for a distance of 140.17' (138.89', Record) to a found 5/8" rebar for the northeast corner of Tract RGV-RGC-8054, said point being at the northeast corner of Share 2-A, the northeast corner of the 0.19 acre tract, and the northwest corner of a called 1.070 acre tract conveyed to Tomas Valadez, Rita Tamez Vda de Valadez, Victor Valadez, Ventura S. Valadez, Fidela Valadez de Alaniz, wife of Eustolio Alaniz, Melecio Valadez, Encarnacion Valadez, Gustavo Valadez and Guadalupe Garcia de Valadez, wife of Rafael Valadez Soto by Final Judgement-Cause No. 2232 recorded in Volume 138, Page 215, Deed Records of Starr County, Texas (Share 3-A), being the same tract of land conveyed to Sylvia Lopez by Warranty Deed with Vendor's Lien recorded in Volume 886, Page 518, Official Records of Starr County, Texas (Second Tract), being the same tract of land conveyed to Gerarda G. Valadez, Gustavo Valadez, Jr. and Armando Valadez by Affidavit of Heirship recorded in Volume 666,

**SCHEDULE C (Cont.)**

Page 647, Official Records of Starr County, Texas, being the same tract of land conveyed to Rebecca Valadez Montalvo by Deed of Gift recorded in Volume 391, Page 787, Deed Records of Starr County, Texas, being the same tract of land conveyed to Oscar R. Valadez, Executor and Trustee by Probate (Cause No. 11,201) recorded in Volume 406, Page 454, Deed Records of Starr County, Texas, and being the same tract of land conveyed to Armando Valadez, Jr., Diana S. Valadez, Edward Valadez, Jerry Valadez and Brenda Valadez by Affidavit of Facts Concerning the Identity of Heirs recorded in Document No. 2021-362915, Official Records of Starr County, Texas, said point being in the south line of Share 1-A;

**Thence:** S 09°04'13" W (S 9°15' W, Record), departing the south line of Share 1-A, with the east line of the 0.19 acre tract, the east line of Share 2-A, and the west line of Share 3-A, for a distance of 68.40' (68.4', Record) to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8021-2=8054-3" for the southeast corner of Tract RGV-RGC-8054, said point being at the southeast corner of the 0.19 acre tract and the northeast corner of a called 0.76 acre tract conveyed to Leticia Larson by Warranty Deed recorded in Volume 668, Page 736, Official Records of Starr County, Texas, said point being in the east line of Share 2-A and the west line of Share 3-A;

**Thence:** N 80°55'47" W (N 80°45' W, Record), departing with the west line of Share 3-A and the east line of Share 2-A, with the south line of the 0.19 acre tract and the north line of the 0.76 acre tract, over and across Share 2-A, for a distance of 140.17' (138.89', Record) to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8021-1=8054-4" for the southwest corner of Tract RGV-RGC-8054, said point being at the southwest corner of the 0.19 acre tract and the northwest corner of the 0.76 acre tract, said point being in the west line of Share 2-A and the east line of Share 1-A;

**Thence:** N 09°04'13" E (N 9°15' E, Record), with the west line of Share 2-A, the west line of the 0.19 acre tract, and the east line of Share 1-A, for a distance of 68.40' (68.4', Record) to the **Point of Beginning**.

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT



## SCHEDULE D (Cont.)

| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|---|---|---|---|---|
| L1 | S 80°55'47" E | 140.17' | S 80°45' E | 138.89' |
| L2 | S 09°04'13" W | 68.40' | S 9°15' W | 68.4' |
| L3 | N 80°55'47" W | 140.17' | N 80°45' W | 138.89' |
| L4 | N 09°04'13" E | 68.40' | N 9°15' E | 68.4' |

### COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|---|---|---|---|
| 1 | 16646099.798 | 899617.909 | RGV-RGC-8019-6=8054-1 |
| 2 | 16646077.701 | 899756.323 | RGV-RGC-8022-1=8054-2 |
| 3 | 16646010.156 | 899745.540 | RGV-RGC-8021-2=8054-3 |
| 4 | 16646032.253 | 899607.126 | RGV-RGC-8021-1=8054-4 |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 08/20/2019.
6. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.
7. TITLE RESEARCH WAS PROVIDED BY CRB-PLS, LLC (DATED APRIL 17, 2023).



MDS LAND SURVEYING COMPANY, INC.
ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019800
874 HARPER ROAD, SUITE 104 • KERRVILLE, TX 78028 • 830-816-1818



METES & BOUNDS SURVEY
EVELYN GARZA, ET AL
TRACT No. RGV-RGC-8054
STARR COUNTY   TEXAS





B&F ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-5859
(EMAIL) info@bnfeng.com



US Army Corps of Engineers

Drawing Ref. No. SHEET 4 OF 6
MDS PROJ. NO. 23-808-00   FILE NAME: RGV-RGC-8054   DATE: 2/2/2024

## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



# SCHEDULE E

## **SCHEDULE E**

## ESTATE TAKEN

Starr County, Texas

The estate acquired is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

# SCHEDULE F

Case 7:25-cv-00323   Document 1-1   Filed on 06/25/25 in TXSD   Page 15 of 20

## **SCHEDULE F**

ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is EIGHT HUNDRED FIFTY DOLLARS AND NO/100 ($850.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Leticia Mejia, a/k/a Leticia Larsen**<br>Mission, TX | Warranty Deed dated April 2, 1993, filed April 7, 1993, Vol 668, Page 736, Document 1993-165146, Official Public Records, Starr County, TX.<br><br>Deed of Gift to Evelia Garza Hernandez, dated April 28, 1986, filed October 1, 1987, Vol 561, Page 52, Document 1987-139779, Official Public Records, Starr County, TX.<br><br>Affidavit of Heirship for Victorina G. Gutierrez, filed on October 13, 1981, Vol. 446, Page 155, Document 1981-109477, Official Public Records, Starr County, TX.<br><br>Affidavit of Heirship for Cesaria G. Garza filed July 29, 1981, Vol 442, Page 250, Document 1981-108490, Official Public Records, Starr County, TX.<br><br>Final Judgement-Cause No. 2232, Lazaro Lopez, et. al. v. Domingo L. Garza, et al. dated April 5, 1945, filed on April 9, 1945, in Vol.138, Page 215, Document 1945-22891, Official Public Records, Starr County, TX |
| **Evelyn Garza**<br>Rio Grande City, Texas | Warranty Deed dated December 3, 1998, filed February 26, 2001, Vol 887, Page 643, Document 1998-213954, Official Public Records, Starr County, TX. |

|  | Deed of Gift to Eutimio Garza, dated May 2, 1986, filed May 6, 1986, Vol 533, Page 209, Document 1986-133146, Official Public Records, Starr County, TX.<br><br>Affidavit of Heirship for Enrique Garza and Tomas Garza filed June 30, 1995, Vol 730, Page 6, Document 1995-179323, Official Public Records, Starr County, TX.<br><br>Affidavit of Heirship for Cesaria G. Garza filed July 29, 1981, Vol 442, Page 250, Document 1981-108490, Official Public Records, Starr County, TX.<br><br>Final Judgement-Cause No. 2232, Lazaro Lopez, et. al. v. Domingo L. Garza, et al. dated April 5, 1945, filed on April 9, 1945, in Vol.138, Page 215, Document 1945-22891, Official Public Records, Starr County, TX |
|---|---|
| **Alejo Clarke, Jr.**<br>█████<br>Rio Grande City, TX ███ | Gift Warranty Deed dated January 10, 2020, filed June 25, 2020, Document 2020-356372, Official Public Records, Starr County, TX.<br><br>Quitclaim Deed dated May 26, 1998, filed July 2, 2001, Vol 902, Page 531, Document 2001-216485, Official Public Records, Starr County, TX.<br><br>Affidavit of Heirship for Cesaria G. Garza filed July 29, 1981, Vol 442, Page 250, Document 1981-108490, Official Public Records, Starr County, TX.<br><br>Final Judgement-Cause No. 2232, Lazaro Lopez, et. al. v. Domingo L. Garza, et al. dated April 5, 1945, filed on April 9, 1945, in Vol.138, Page 215, Document 1945-22891, Official Public Records, Starr County, TX |

| | |
|---|---|
| **Ameida Salinas** <br> Starr County Tax Assessor-Collector <br> 100 N. FM 3167, Suite 201 <br> Rio Grande City, Texas 785 | Account No.: 0008691 <br> Leticia Mejia <br><br> Account No.: 0050723 <br> Evelyn Garza <br><br> Account No.: 0026985 <br> Alejo Clarke, Jr. |